# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE MAIER,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| MACY'S, INC., trading as "MACY'S,"<br>    Defendant. | NO. 17-501 |

## O R D E R

**AND NOW**, this 9th day of April, 2018, upon consideration of Motion for Summary Judgment of Defendant Macy's Retail Holdings, Inc. and the accompanying Memorandum of Law (Document No. 11, filed October 12, 2017), and Plaintiff Alice Maier's Reply to Defendant Macy's Retail Holdings, Inc.'s Motion for Summary Judgment and the accompanying Memorandum of Law (Document Nos. 15 and 15-1, filed October 27, 2017), for the reasons set forth in the accompanying Memorandum dated April 9, 2018, **IT IS ORDERED** that defendant's Motion for Summary Judgment is **DENIED.**

**IT IS FURTHER ORDERED** that a telephone conference for the purpose of scheduling further proceedings will be held in due course.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.
